BRUCE J. NAPELL (State Bar No. 115116)
bjnlaw@pacbell.net
LAW OFFICE OF BRUCE NAPELL
584 Woodbine Drive
San Rafael, California 94903
Telephone: (707) 291-2245
Facsimile: (415) 785-2857

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALI KERACHI and MOHAMMAD KERACHI, INDIVIDUALLY and d/b/a ROUND TABLE PIZZA, <br><br> Defendants. | CASE NO: CV 11-02817 JSW <br><br> **STIPULATION CONTINUING DATE OF CASE MANAGEMENT CONFERENCE** <br> **AND ORDER THEREON** |

**STIPULATION CONTINUING DATE OF CASE MANAGEMENT CONFERENCE**

1. Plaintiff filed the Complaint in this matter on June 9, 2011. Defendants' Answer was filed on August 29, 2011.

2. The initial Case Management Conference is currently scheduled to be held on September 30, 2011 at 1:30 p.m.

3. The parties have agreed that the initial Case Management Conference be continued to December 2, 2011 for the following reasons:

   a. Defendant's counsel has a law and motion hearing in Alameda Superior Court in Hayward, California set for 2:30 p.m., on September 30. That hearing date was set

       on August 18, before this Court set the Case Management Conference on the same date.

   b. The parties are engaged in ongoing settlement negotiations. Because the Complaint includes claims for statutory attorneys' fees, an early settlement is more likely if Plaintiff has not incurred the attorneys' fees associated with preparing for and attending the Case Management Conference.

   c. Plaintiff filed a Motion To Strike Defendants' Affirmative Defenses on September 16. That Motion is set for hearing on October 28. The parties believe that the Case Management Conference will be more productive if it is held after the Motion to Strike has been decided.

4. According to the Court Clerk, the first Friday the Court is available after October 28 is December 2.

5. The parties therefore agree, and request the Court's approval, that the Case Management Conference is continued to December 2, 2011. The parties further agree that the Case Management Conference Statement(s) and Rule 26(f) Report will be filed not later than November 25; that initial disclosures will be completed or objection stated in the Rule 26(f) Report not later than November 25; and that ADR Certification and either Stipulation to ADR Process or Notice of Need for ADR Phone Conference will be filed not later than November 11, 2011.

**STIPULATION**

    The parties, through their respective counsel, hereby stipulate that, subject to Court approval, the initial Case Management Conference is hereby continued to December 2, 2011 at 1:30 p.m., and that the dates for the following associated actions will be as follows:

    November 25, 2011    Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement(s).

1    November 11, 2011   Last day to file ADR Certification and either Stipulation to ADR

2                                Process or Notice of Need for ADR Phone Conference.

4    Dated: September 16, 2011          **Law Office of Bruce Napell**

6                                   By:_____/s/_____

7                                   Bruce Napell
                                    584 Woodbine Drive
8                                         San Rafael, Calif. 94903
                                  707-291-2245
9                                   Attorney for Defendants

11    Dated: September 19, 2011          **Law Office of Thomas P. Riley, P.C.**

13                                   By:_____/s/_____

14                                   Thomas P. Riley
                                  First Library Square
15                                   1114 Fremont Avenue
                                      South Pasadena, Calif. 91030
16                                   707-291-2245
                                  Attorney for Plaintiff

18    Dated: September __20__, 2011   PURSUANT TO STIPULATION, IT IS SO ORDERED.

                                  /s/ Jeffrey S. White
                                  _____
                                  JUDGE
                                  United States District Court
                                  Northern District of California

LAW OFFICE OF BRUCE NAPELL
1584 Woodbine Drive, San Rafael, CA 94903
(707) 291-2245  (415) 785-2857 Fax