BRUCE J. NAPELL (State Bar No. 115116)
LAW OFFICE OF BRUCE NAPELL
584 Woodbine Drive
San Rafael, California 94903
Telephone: (707) 291-2245
Facsimile: (415) 785-2857
bjnlaw@pacbell.net

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ALI KERACHI and MOHAMMAD KERACHI, INDIVIDUALLY and d/b/a ROUND TABLE PIZZA,<br><br>Defendants. | CASE NO: CV 11-02817 JSW<br><br>**STIPULATION TO FILE AMENDED ANSWER AND WITHDRAW MOTION TO STRIKE;**<br>**[PROPOSED] ORDER** |

**STIPULATION TO FILE AMENDED ANSWER AND WITHDRAW MOTION TO STRIKE**

1. Plaintiff filed the Complaint in this matter on June 9, 2011. Defendants' Answer was filed on August 29, 2011.

2. Defendants' Answer included five affirmative defenses. Plaintiff filed a motion to strike the affirmative defenses, which is currently scheduled to be heard on October 28, 2011 at 1:30 p.m.

3. The Complaint alleges that Defendants received and displayed a pay per view television event on June 12, 2010 in a Round Table Restaurant without obtaining the necessary license from Plaintiff. Based on that allegation, the Complaint includes causes of action under 47

1

1  U.S.C. §§ 605 and 553, California Business and Professions Code § 17200, *et seq.*, and for
2  conversion.
3      4.    Defendants' Answer denied the Complaint's essential allegations, and plead the
4  following affirmative defenses: statute of limitations, other parties' fault, laches, failure to
5  mitigate, and failure to give notice and opportunity to cure.
6      5.    Plaintiff's motion to strike asserts that Defendants' five affirmative defenses are
7  subject to being stricken as "immaterial" or "impertinent matter" under FRCP Rule 12(f).
8  Specifically, Plaintiff asserts as to each affirmative defense as follows:

    a. Statute of limitations – the shortest statutory period applicable to the claims in the Complaint is one year. The Complaint was filed within one year of the broadcast of the pay per view event, thus under the set of facts alleged in the Complaint, there is no defense available based on any statute of limitations;

    b. Fault of Others – Plaintiff asserts that alleging the claimed damage to be the fault of others merely negates the element of causation, and thus is not an "affirmative defense."

    c. Laches – Plaintiff asserts that laches is a defense only to claims in equity (thus only potentially applicable to the California State law claim), that the statute of limitations on that claim is four years, and that there is a strong presumption that laches will not apply where a claim was brought within the analogous limitation period.

    d. Failure to Mitigate – Plaintiff asserts that failure to mitigate is inapplicable to claims brought for statutory damages.

    e. Failure to Give Notice of Violation or Opportunity to Cure – Plaintiff asserts that there is no requirement that a defendant be provided with notice before being sued under 47 USC §§ 605 or 553.

//
//
//

6.   The parties have agreed, rather than require further argument and a hearing on the matter, that Defendants will withdraw their affirmative defenses for the reasons set out above, and file an Amended Answer (proposed Amended Answer attached as Exhibit A).

7.   The parties therefore agree, and request the Court's approval, that Defendants' affirmative defenses are withdrawn, that Plaintiff's Motion to Strike is withdrawn, and that Defendants' Amended Answer (in the form attached as Exhibit A to this Stipulation) will be filed within five days of the date of the Court's Order.

425/07/0019.2     STIPULATION C 11-02817 JSW

**STIPULATION**

The parties, through their respective counsel, hereby stipulate that, subject to Court approval and for the reasons set out in Paragraph 5 above, Defendants' affirmative defenses are withdrawn, that Plaintiff's Motion to Strike is withdrawn, and that Defendants' Amended Answer will be filed within five days of the date of the Court's Order.

Dated: September 28, 2011    **Law Office of Bruce Napell**

By: /s/

Bruce Napell
584 Woodbine Drive
 San Rafael, Calif. 94903
707-291-2245
Attorney for Defendants

Dated: September 28, 2011    **Law Office of Thomas P. Riley, P.C.**

By: /s/

Thomas P. Riley
First Library Square
1114 Fremont Avenue
 South Pasadena, Calif. 91030
626-799-9797
Attorney for Plaintiff

Dated: September __30__. 2011 PURSUANT TO STIPULATION, IT IS SO ORDERED.

_/s/ Jeffrey S. White_
JUDGE
United States District Court
Northern District of California