IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

ALI KERACHI, ET AL,

    Defendants.
                               /

No. C 11-02817 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

        Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of a settlement conference, to be completed, if possible, by no later than April 27, 2012.

**IT IS SO ORDERED.**

Dated: December 2, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Law Clerk