1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ALI KERACHI, ET AL.,<br><br>Defendants. | CASE NO. 3:11-cv-02817-JSW<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ALI KERACHI AND MOHAMMED KERACHI individually and d/b/a ROUND TABLE |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC., and Defendants ALI KERACHI AND MOHAMMED KERACHI individually and d/b/a ROUND TABLE that the above-entitled action is hereby dismissed **without prejudice** against ALI KERACHI AND MOHAMMED KERACHI individually and d/b/a ROUND TABLE

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by April 9, 2012, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///

STIPULATION OF DISMISSAL
Case No. 3:11-cv-02817-JSW
PAGE 1

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2  referenced-above shall bear its own attorneys' fees and costs.

3

4

5

6  Dated: February 7, 2012
   _____
7  LAW OFFICES OF THOMAS P. RILEY, P.C.
   By: Thomas P. Riley
8  Attorneys for Plaintiff
   JOE HAND PROMOTIONS, INC.

9

10

11 Dated: 2-8-12
   _____
12 LAW OFFICES OF BRUCE J. NAPPELL
   By: Bruce J. Nappell, Esquire
13 Attorneys for Defendants ALI KERACHI AND
   MOHAMMED KERACHI individually and d/b/a
14 ROUND TABLE

15

16

17

18

19 IT IS SO ORDERED:

20

21 _____          Dated: February 13, 2012
22 The Honorable Edward J. Davila  JEFFREY S. WHITE
   United States Northern District Court of
23 California

24 ///

25 ///
26
27 ///
28 ///

STIPULATION OF DISMISSAL
Case No. 3:11-cv-02817-JSW
PAGE 2