Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ALI KERACHI, ET AL.,<br><br>Defendants. | CASE NO. 3:11-cv-02817-JSW<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ALI KERACHI AND MOHAMMED KERACHI individually and d/b/a ROUND TABLE |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC., and Defendants ALI KERACHI AND MOHAMMED KERACHI individually and d/b/a ROUND TABLE that the above-entitled action is hereby dismissed **without prejudice** against ALI KERACHI AND MOHAMMED KERACHI individually and d/b/a ROUND TABLE

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by April 9, 2012, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///

STIPULATION OF DISMISSAL
Case No. 3:11-cv-02817-JSW
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 7, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: 2-8-12

LAW OFFICES OF BRUCE J. NAPPELL
By: Bruce J. Nappell, Esquire
Attorneys for Defendants ALI KERACHI AND MOHAMMED KERACHI individually and d/b/a ROUND TABLE

IT IS SO ORDERED:

_____
The Honorable Edward J. Davila  JEFFREY S. WHITE
United States Northern District Court of California

Dated: February 13, 2012

///
///
///
///

STIPULATION OF DISMISSAL
Case No. 3:11-cv-02817-JSW
PAGE 2